STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
BRIAN C. FRONTINO (State Bar No. 222032)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
 TRANS UNION LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, individually and on behalf of all others similarly situated, | Case No. 2:17-CV-00669-TLN-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT FROM JUNE 1, 2017 TO JUNE 15, 2017** |
| vs. | |
| TRANS UNION LLC, | **[L.R. 144(a)]** |
| Defendant. | |
| | Action Filed: March 29, 2017 |

STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT
[L.R. 144(a)]

LA 52085976

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

Plaintiff Kellie Gadomski ("Plaintiff") and defendant TransUnion LLC ("TransUnion,") and together with Plaintiff, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 29, 2017, in the United States District Court for the Eastern District of California;

WHEREAS, TransUnion was served with the Complaint on March 30, 2017;

WHEREAS, pursuant to Local Rule 144(a), the Parties, through their respective counsel of record, previously agreed to extend TransUnion's deadline to respond to the Complaint by twenty-eight (28) days, to and including May 18, 2017;

WHEREAS, on May 12, 2017, the Court approved the Parties' stipulation for a further extension of fourteen (14) days, to and including June 1, 2017;

WHEREAS, the Parties require additional time to investigate the allegations in the Complaint and meet and confer regarding potential informal resolution of Plaintiff's claims;

WHEREAS, the Parties, through their respective counsel of record, have agreed to further extend TransUnion's deadline to respond to the Complaint by fourteen (14) days, to and including June 15, 2017;

IT IS HEREBY STIPULATED by and between Plaintiff and TransUnion, through their respective counsel of record, that TransUnion shall have an additional fourteen (14) day extension of time, to and including June 15, 2017, to file its response to the Complaint.

**IT IS SO STIPULATED.**

Dated: May 31, 2017

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
BRIAN C. FRONTINO
JULIETA STEPANYAN

By: */s/ Julieta Stepanyan*
      Julieta Stepanyan

Attorneys for Defendant
TRANSUNION LLC

1
STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT
[L.R. 144(a)]

LA 52085976

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN
MATTHEW M. LOKER

HYDE & SWIGART
JOSHUA SWIGART

LAW OFFICE OF CLARK OVRUCHESKY
CLARK OVRUCHESKY

By: */s/ Matthew M. Loker*
*(as authorized on May 31, 2017)*
Matthew M. Loker

Attorneys for Plaintiff,
KELLIE GADOMSKI

**IT IS SO ORDERED.**

Dated: May 31, 2017

Troy L. Nunley
United States District Judge