1  Troy A. Schell, Esq. (SBN 208661)
   Bryan Wong, Esq. (SBN 205573)
2  3300 East Guasti Road, 3rd Floor
   Ontario, California 91761
3  Telephone:   (909) 235-4400
   Facsimile:   (909) 235-4419
4
   Attorneys for Plaintiff
5  Prime Healthcare Services – Shasta, LLC,
   d.b.a Shasta Regional Medical Center
6

7  PHILLIP A. TALBERT
   United States Attorney
8  PHILIP A. SCARBOROUGH
   JOSEPH B. FRUEH
9  Assistant United States Attorneys
   501 I Street, Suite 10-100
10 Sacramento, CA 95814
   E-mail:   philip.scarborough@usdoj.gov
11           joseph.frueh@usdoj.gov
   Telephone: (916) 554-2700
12 Facsimile:  (916) 554-2900

13 Attorneys for Defendant
   THOMAS E. PRICE, M.D.
14 Secretary, Department of Health & Human Services

15

16                    IN THE UNITED STATES DISTRICT COURT

17                         EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>                    Plaintiff,<br><br>          v.<br><br>THOMAS E. PRICE, M.D., in his official capacity as Secretary of the Department of Health and Human Services,<br><br>                    Defendant. | Case Nos. 2:17-cv-00069-TLN-KJN<br>          2:17-cv-00071-TLN-KJN<br>          2:17-cv-00072-TLN-KJN<br>          2:17-cv-00073-TLN-KJN<br>          2:17-cv-00074-TLN-KJN<br>          2:17-cv-00082-TLN-KJN<br>          2:17-cv-00431-TLN-KJN<br><br>**STIPULATION AND ORDER FOR:**<br><br>**(1) AMENDING THE COMPLAINT; AND**<br><br>**(2) SETTING DEFENDANT'S DEADLINE FOR RESPONDING TO THE AMENDED COMPLAINT** |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Thomas E. Price, M.D., through their undersigned counsel and subject to Court approval, that:

1. Plaintiff shall file First Amended Complaints in each of the above-captioned related cases on or before August 14, 2017; and

2. Defendant's responses to the First Amended Complaints in the above-captioned related cases shall be filed on or before September 5, 2017.

Having met and conferred, the parties arrived at this Stipulation and Proposed Order to allow Plaintiff to supplement its factual allegations in the operative pleadings and potentially avoid unnecessary motions to dismiss under Rules 12(b)(6) and 8(a) of the Federal Rules of Civil Procedure.

Dated: July 24, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Joseph B. Frueh
JOSEPH B. FRUEH
PHILIP A. SCARBOROUGH
Assistant United States Attorneys

Attorneys for Defendant
THOMAS E. PRICE, M.D.
Secretary, Department of Health & Human Services

**TROY A. SCHELL, ESQ.**
**BRYAN WONG, ESQ.**

By: /s/ Bryan Wong   (authorized on 7/24/2017)
Bryan Wong, Esq.

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC

**IT IS SO ORDERED.**

Dated: July 25, 2017

_____
Troy L. Nunley
United States District Judge

STIP. & PROPOSED ORDER TO (1) AMEND COMPL.; AND
(2) SET DEADLINE FOR RESP. TO AMEND. COMPL.

1